# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2275 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 164 DB 2014 |
| | : | |
| v. | : | Attorney Registration No. 42470 |
| | : | |
| TERRY ELIZABETH SILVA, | : | (Delaware County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of July, 2016, upon consideration of the Report and Recommendations of the Disciplinary Board, Terry Elizabeth Silva is suspended from the Bar of the Commonwealth for a period of three years, and she shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).